**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | | |
|---|---|---|
| **Kendra Haley,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**Social Finance, Inc., a corporation, also d/b/a SoFi, SoFi Lending Corp., a corporation, also d/b/a SOFI, and SoFi Bank, N.A., Corp,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No.: 4:24-cv-00387-JD** |

**NOTICE OF SETTLEMENT AND REQUEST FOR RUBIN ORDER**

Plaintiff Kendra Haley ("Plaintiff") and Defendants Social Finance, Inc., *et al.*, ("Defendants") (collectively, the "Parties") have agreed to settle all claims between them in this matter. The Parties are in the process of completing the final settlement documents and expect to file a Stipulation of Dismissal with prejudice within the next sixty (60) days. Accordingly, the Parties requests that the Court enter a *Rubin* order to provide us with time to consummate the agreement. The Parties will reinstate the action within sixty (60) days if the settlement is not consummated.

Respectfully submitted this the 30th day of August, 2024.

/s/ *Penny Hays Cauley*
Penny Hays Cauley, Fed. ID No. 10323
**HAYS CAULEY, P.C.**
1303 W. Evans Street
Florence, SC 29501
(843) 665-1717
(843) 665-1718 Facsimile
Phc917@hayscauley.com
Attorney for Plaintiff

/s/ *William J. Farley III*
William J. Farley III, Fed. ID No. 12004
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
301 South College Street, Suite 3400
Charlotte, NC 28202
(704) 998-4050
(704) 998-4051
will.farley@troutman.com
Attorney for Defendant