**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | | |
|---|---|---|
| **Kendra Haley,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**Social Finance, Inc., a corporation, also d/b/a SoFi, SoFi Lending Corp., a corporation, also d/b/a SOFI, and SoFi Bank, N.A., Corp,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No.: 4:24-cv-00387-JD** |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW the Plaintiff, Kendra Haley, jointly with the Defendants, Social Finance, Inc., d/b/a SoFi, SoFi Lending Corp., d/b/a SOFI, and SoFi Bank, N.A. Corp., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), who hereby stipulate that the above-captioned civil action has been resolved and is due to be dismissed in its entirety with prejudice, each party to bear its own costs and attorney's fees.

Respectfully submitted on this 23rd day of October, 2024.

*_/s/ Penny Hays Cauley_*
Penny Hays Cauley, Fed ID No. 10323
HAYS CAULEY, P.C.
1303 W. Evans St.
Florence, SC 29501
(843) 665-1717
(843) 665-1718 Facsimile
Phc917@hayscauley.com
*Attorney for Plaintiff*

/s/ *William J. Farley, III*
William J. Farley, III, Fed ID No. 12004
TROUTMAN PEPPER
HAMILTON SANDERS LLP
301 South College Street, Suite 3400
Charlotte, North Carolina 28202
Greenville, SC 29601
(704) 998-4050
(704) 998-4051 Facsimile
Will.farley@troutman.com
*Attorney for Defendants*